UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

William H. Kemp, Sr.,

    Plaintiff(s),

    v.                                             Civil Action No. 2:20-cv-113

Peckham Industries, Inc., et al.,

    Defendant(s).

## **ORDER**

On or before January 4, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 15th day of December 2020.

                                                /s/ John M. Conroy
                                                John M. Conroy
                                                United States Magistrate Judge