UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

William H. Kemp, Sr.,

      Plaintiff(s),

      v.                                  Civil Action No. 2:20-cv-113

Peckham Industries, Inc., et al.,

      Defendant(s).

## **ORDER**

On or before February 17, 2021, Defendants shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

    Dated at Burlington, in the District of Vermont, this 1st day of February 2021.

                                          /s/ John M. Conroy
                                          John M. Conroy
                                          United States Magistrate Judge